**UNITED STATES of America,**
**Plaintiff-Appellee**

v.

**Silton Russell GOUTREAUX, also**
**known as "Pretty Boy",**
**Defendant-Appellant**

No. 16-11585
Summary Calendar

United States Court of Appeals,
Fifth Circuit.

Filed November 29, 2017

Shawn Lee Smith, Assistant U.S. Attorney, U.S. Attorney's Office, Northern District of Texas, Fort Worth, TX, James Wesley Hendrix, Assistant U.S. Attorney, U.S. Attorney's Office, Northern District of Texas, Dallas, TX, for Plaintiff-Appellee

Camille M. Knight, Burleson, Pate & Gibson, L.L.P., Dallas, TX, for Defendant-Appellant

Silton Russell Goutreaux, Pro Se

Before WIENER, DENNIS, and SOUTHWICK, Circuit Judges.

PER CURIAM: *

Silton Russell Goutreaux appeals his 188-month sentence of imprisonment for conspiracy to possess with intent to distribute methamphetamine. He argues that the district court's calculation of the amount of drugs that his offense involved rested on statements in the presentence report (PSR) that lacked sufficient indicia

of reliability. However, Goutreaux fails to show that the information contained in the PSR was materially untrue, inaccurate, or unreliable. *See United States v. Harris*, 702 F.3d 226, 229–31 (5th Cir. 2012). Goutreaux also challenges the two-level firearm enhancement in U.S.S.G. § 2D1.1(b)(1). The district court's determination that the enhancement applies is a factual finding, which we review for clear error. *United States v. King*, 773 F.3d 48, 52 (5th Cir. 2014). Goutreaux fails to show that the finding was not plausible in light of the record as a whole. *See id.*

AFFIRMED.

---

\* Pursuant to 5TH CIR. R. 47.5, the court has determined that this opinion should not be published and is not precedent except under the limited circumstances set forth in 5TH CIR. R. 47.5.4.